**New Hampshire Retirement System (NHRS)
Investment Committee Meeting**

*(Certain portions of the meeting may be held in a Non-Public Session)*

**Agenda
Tuesday, February 13, 2024**

| | |
|---|---|
| 12:30 pm | <u>Call to Order</u> |
| 12:30 pm | <u>Approve Minutes</u> **[Tab 1]** |
| | ▪ January 9, 2023, Public Meeting Minutes *(Action Expected)* |
| 12:35 pm | <u>Comments from the Chief Investment Officer</u> **[Tab 2]** |
| | ▪ Portfolio: Performance & Manager Update(s) |
| | ▪ Holdings Update |
| | ▪ Work Plan |
| 12:45 pm | <u>HIG Advantage Presentation (Private Equity)</u> **[Tab 3]** *(Action Expected)* |
| 1:30 pm | <u>Callan Calendar Year 2024 Pacing Plan Presentation</u> **[Tab 4]** *(Action Expected)* |
| 2:00 pm | <u>Abel Noser Presentation (Trading Cost Analysis)</u> **[Tab 5]** |
| 2:30 pm | <u>Adjournment</u> |

<u>Informational Materials</u> **[Separate Binder]**
▪ Callan Monthly Review – December 2023
▪ Asset Allocation Update
▪ Private Debt & Equity Summary
▪ Abel Noser - Trading Cost Analysis Reports

**Next Meeting: Tuesday, April 9, 2024**

DRAFT NHRS Independent Investment Committee
January 9, 2023

**NOTE:** The draft of these minutes from the January 9, 2024, Independent Investment Committee meeting is subject to approval and execution at a subsequent meeting.

**Independent Investment Committee Meeting**
**January 9, 2024**
**DRAFT Public Minutes**

**New Hampshire Retirement System**
**54 Regional Drive**
**Concord, NH 03301**

*Committee Members:*
- Maureen Kelliher, CFA, *Chair*
- Brian Bickford, CFA, CFP®, *Member*
- Christine Clinton, CFA, *Member*
- Mike McMahon*, Non-Voting Member (absent)*
- Paul Provost, CFP ®, *Member*

*Staff*:
- Jan Goodwin, *Executive Director*
- Raynald Leveque, *Chief Investment Officer*
- Gregory Richard, CFA, *Senior Investment Officer (by video conference)*
- Jesse Pasierb, *Investment Operations Analyst*
- Jonathan Diaz, *Investment Officer*
- Eileen Demers, *Consultant, Robert Half*
- Tim Crutchfield, *Deputy Director, and Chief Legal Counsel (by video conference)*
- Heather Hoffacker, *Internal Auditor (by video conference)*
- Marty Karlon*, Director of Communications (by video conference)*

*Guests*:
- Angel Haddad*, Senior Vice President, Callan LLC*
- Peter Keliuotis, CFA Executive *Vice President, Callan LLC*
- David Smith, CFA, CTP, Senior Vice President, Callan, LLC
- Britt Murdoch, *Vice President, Callan LLC (by video conference)*
- Anthony Frammartino*, President, The Townsend Group*
- Tony Pietro, Partner, *The Townsend Group*
- Christian Nye*, Associate Partner, The Townsend Group*
- Joe Davenport, Partner, *The Townsend Group*
- Mike Golubic, Partner, *The Townsend Group (by video conference)*

Chair Kelliher called the meeting to order at 12:30 PM.

1

DRAFT NHRS Independent Investment Committee
January 9, 2023

On a motion by Mr. Bickford, seconded by Mr. Provost, the Independent Investment Committee (Committee) unanimously approved the public minutes of the December 12, 2023, Committee meeting as presented.

Mr. Leveque reviewed investment returns through recent periods and referred to the Callan Monthly Review for the period ending November 30, 2023. He shared an update on holdings within the NHRS portfolio. He confirmed that all allocations are in line with their approved ranges. Mr. Leveque updated the Committee on total plan liquidity, Russian holdings, and the Work Plan.

On a motion by Mr. Provost, seconded by Ms. Clinton, the Committee unanimously approved the work plan.

Next, Callan representatives reviewed the System's private markets portfolio and discussed performance over various periods as well as current positioning. As of December 31, 2023, the System's Alternatives exposure represented 19.2% of the total portfolio, which fell within the approved allocation range of 5 – 25%. Callan noted that due to the denominator effect, most mature private equity portfolios are currently overweight their targets. Callan closed by discussing the expected renewal opportunities of the private equity and private debt portfolio.

Townsend representatives discussed the program's progress, including the portfolio's adherence to guidelines and the status of the three goals established at the beginning of Calendar Year 2023. They noted the recent denominator effect where total plan assets have fallen, and real estate has continued to deliver strong performance. Consequently, real estate comprised 13.3% of the System's total plan assets as of June 30th, 2023. While real estate assets are within the System's approved allocation range, Townsend is implementing a plan to reduce the real estate exposure to the System's target allocation of 10% over the next two years. Townsend closed by discussing the expected Investment Plan for real estate allocation in 2024.

The Committee discussed the Investment Plan for 2024 made by Townsend, an on a motion by Mr. Bickford, seconded by Ms. Clinton, the Committee unanimously voted to approve the Investment Plan for calendar year 2024.

On a motion by Ms. Clinton, seconded by Mr. Bickford, the Committee unanimously voted to adjourn the meeting.

The meeting adjourned at 2:30PM.

2



Callan

November 29, 2023

**New Hampshire Retirement System**

H.I.G. Advantage Buyout Fund II and Co-investment SMA

The investment manager organizations contained herein have submitted information to Callan regarding their investment management capabilities, for which information Callan has not necessarily verified the accuracy or completeness of or updated. The information provided to Callan has been summarized in this report for your consideration. Unless otherwise noted, performance figures reflect a commingled fund or a composite of discretionary accounts. All written comments in this report are based on Callan's standard evaluation procedures which are designed to provide objective comments based upon facts provided to Callan. The appropriateness of the candidate investment vehicle(s) discussed herein is based on Callan's understanding of the client's portfolio as of the date hereof. Certain operational topics may be addressed in this investment evaluation for information purposes. Unless Callan has been specifically engaged to do so, Callan has not conducted due diligence of the operations of the candidate or investment vehicle(s), as may be typically performed in an operational due diligence evaluation assignment. The investment evaluation and any related due diligence questionnaire completed by the candidate may contain highly confidential information that is covered by a non-disclosure or other related agreement with the candidate which must be respected by the client and its representatives. The client agrees to adhere to the conditions of any applicable confidentiality or non-disclosure agreement. Important Disclosures regarding the use of this document are included at the end of this document. These disclosures are an integral part of this document and should be considered by the user.

**Table of Contents**

H.I.G Advantage Buyout Fund II and Co- Investment SMA ("SMA") ................................................................................................. 3

Executive Summary ................................................................................................................................................................. 4

Summary of Key Findings ........................................................................................................................................................ 5

Performance ............................................................................................................................................................................ 7

Organization and Team ........................................................................................................................................................... 9

Investment Strategy ................................................................................................................................................................ 12

Investment Process ................................................................................................................................................................ 16

Operational Due Diligence ...................................................................................................................................................... 18

Environmental, Social & Governance (ESG) and Diversity, Equity & Inclusion (DEI) ............................................................ 21

Additional Performance Metrics .............................................................................................................................................. 23

Summary of Key Terms ........................................................................................................................................................... 26

Investment Team Biographies ................................................................................................................................................. 29

Important Information and Disclosures .................................................................................................................................... 32

## H.I.G Advantage Buyout Fund II and Co- Investment SMA ("SMA")

### Strategy

| | |
|---|---|
| Asset Class | Private Equity |
| Strategy Type | Buyout |
| Currency | USD |
| Control Rights | Control |
| Targeted # of Investments | Fund II: 14 – 16<br>SMA: NA |
| Industry/Sector | Communication Services |
| | Consumer Discretionary |
| | Health Care |
| | Industrials |
| | Materials |
| | Information Technology |
| Geography | United States |
| Target IRR (Gross/Net) | 20% / - |
| Target TVPI (Gross/Net) | 2.5x / - |

### Terms

| | |
|---|---|
| Investment Period (Yrs.) | 6 |
| Term (Yrs.) | 10 |
| Minimum Commitment ($M) | $10.0 |
| GP Commitment | Fund II: 2.0%<br>SMA: TBD |
| Domicile | Delaware |
| Auditor | Deloitte LLP |

### Target Investment Size

| | |
|---|---|
| Equity Check ($M) | $150 - $600 |
| EBITDA ($M) | $25 - $150 |
| Revenue ($M) | - |
| Enterprise Value ($M) | - |

### Fundraising

| | |
|---|---|
| Target ($M) | Fund II: $5,000<br>SMA: $50 |
| Hard Cap ($M) | Fund II: $5,000<br>SMA: $50 |
| First Close | September 2022 |
| Final Close | March 2024 |
| Fund Status | Fundraising |

### Fees

| | | |
|---|---|---|
| Management Investment Period | Year 1-6 | Fund II: 1.85% on Net Invested Capital<br><br>SMA: 0.0% |
| Management Fee Post Investment Period | Year 7+ | Fund II: 1.85% on Net Invested Capital<br><br>SMA: 0.0% |
| Management Fee Offset | Fund II: 100%<br>SMA: NA | |
| Waterfall | American | |
| Preferred Return | 8% - IRR – Compounded<br>SMA: NA | |
| Carried Interest | Fund II: 20%   SMA: 0.0% | |
| GP Catch-Up | Fund II: 100%   SMA: NA | |

### Manager

| | |
|---|---|
| General Partner | H.I.G. Capital |
| Headquarters | Miami, FL |
| Leadership | Tony Tamer (Co-Founder & Co-CEO),  Sami Mnaymneh (Co-CEO, Co-Founder), Rick Rosen (Co-President), Rob Wolfson (Head of H.I.G. Advantage), Douglas Berman (Executive Managing Director and Head of U.S. Private Equity |
| Supervising Regulatory Body | SEC |
| DWDO Ownership | No |



## Executive Summary

Based on the findings from Callan's evaluation process and the private equity investment objectives of the New Hampshire Retirement Systems ("NHRS"), Callan recommends a commitment of $50 million to H.I.G. Advantage Fund II ("Fund II" or the "Fund") and $50 million to H.I.G. Capital Co-Investment SMA (the "SMA") a customized Separate Management Account that will primarily co-invest alongside H.I.G. Advantage Fund II. The proposed commitment with H.I.G. would represent a new relationship and strategy within the NHRS portfolio. The new relationship is expected to complement and further diversify NHRS's existing private equity portfolio.

Founded in 1993 and headquartered in Miami, Florida, H.I.G. is a global alternative asset manager with $58 billion of capital under management focused on the lower middle market segments of the private markets in the U.S., Europe, and Latin America, $21 billion of which is private credit AUM. With offices in the U.S. (Miami, New York, Boston, Chicago, Dallas, Los Angeles, San Francisco, Stamford, Atlanta, and Coral Gables), Europe (London, Hamburg, Luxembourg, Madrid, Milan and Paris) and Latin America (Rio de Janeiro, Bogota and São Paulo), H.I.G. currently employs ~575 investment professionals with significant operating and investing experience and the necessary skill set to execute the Firm's differentiated value-added strategy. The Firm is led by its co-founders, Sami Mnaymneh and Tony Tamer, who serve on the investment committees of and approve all investments made by all H.I.G. affiliated investment funds.

Per Callan's due diligence process, Callan reviewed documentation (fund-related, financials, investment, operational, and the LPA) from a variety of sources believed to be reliable and held virtual meetings and calls with members of the investment team and investor relations team, to better assess the nature of the investment, the investment process, performance, reporting and valuation guidelines, and any material litigation/regulatory oversight issues. These key risks and their mitigants have been discussed through both oral and written communications with NHRS and H.I.G. In the event that further issues are identified, Callan suggests that their materiality be assessed to determine whether legal counsel should advise NHRS as to whether these or any other such issues could be addressed as part of making an investment in Fund II and the SMA.

A commitment to Advantage II and the SMA should benefit the NHRS's private equity program, providing the potential for strong returns and expanding its exposure to middle-market investments, further diversifying the portfolio.

*Recommendation*
Pending the completion of the NRHS's successful legal review of Advantage Fund II and the SMA, a $50 million commitment to Advantage Fund II and a $50 million commitment to the SMA is recommended based on portfolio fit and the overall partnership merits, as reviewed in the body of this report.



## Summary of Key Findings

- **Strong Performance**: H.I.G.'s LBO funds have consistently demonstrated strong performance. H.I.G. has a long and successful track record of sourcing, building, and exiting investments in the small and middle markets. All of H.I.G.'s mature middle-market funds rank in the top quartile on a TVPI and IRR basis.

- **Company resources**: Since its founding, H.I.G. has developed extensive relationships with industry experts, M&A advisors, and management teams resulting from the Firm's expertise, prior operating experience, and history as successful investors. These relationships help originate proprietary investments, assist with due diligence, and manage portfolio companies. H.I.G. has extensive global resources, including operating partners and back-office support. For example, H.I.G. has a Group Purchasing Program, which negotiates lower costs through bulk purchasing. Portfolio companies enjoy savings in various categories, including office supplies, insurance, IT services, travel and entertainment, and consulting services.

- **Sourcing:** H.I.G.'s investment professionals proactively source off-market deals by maintaining an active dialogue with thousands of informal and unconventional deal flow sources such as accountants, lawyers, and business consultants, who are often the source of high-quality middle-market transaction leads. In addition, the funds benefit from the deal flow generated by H.I.G.'s 25 dedicated in-house sourcing professionals. The business development group utilizes the Firm's proprietary database of thousands of middle-market intermediaries and Fortune 1000 companies. Also, in Europe, H.I.G.'s regional presence in all key European markets positions the Firm to effectively engage with local and regional deal intermediaries and industry associations. These local connections allow H.I.G. to pre-empt a formal sale process in many situations.

- **Favorable economics from SMA:** NHRS has negotiated favorable economic terms for the SMA and will not pay a management fee or carried interest on deals within that vehicle. As such, the SMA will help NHRS reduce the cost of its exposure to H.I.G.

### Selected Considerations

- **Proliferation of Products:** H.I.G. has built one of the largest private equity firms targeting the middle market. H.I.G. manages several private equity products in the U.S., Europe, and Latin America. Additionally, the Firm manages several other investment products, such as private credit, real assets, and hedge funds. H.I.G.'s private equity funds that target the middle market include U.S. Small Cap LBO Funds, U.S. Middle Market LBO Funds, Europe Small Cap LBO Funds, Europe Middle Market LBO Funds, Latin America LBO Funds, and Advantage Funds.
  Mitigants
  - o The Firm has created separate investment teams for all of its products. The Firm is organized into several fund groups, which are segregated by capital structure, asset classes, and investment style. Each team is dedicated to a specific product. Additionally, the Firm creates synergies among the groups by sharing industry experience and knowledge. Also, by virtue of its scale, reputation, and accumulated expertise, it provides resources not typically available from other funds of similar size in its target markets.

- **Ownership:** In 2016, H.I.G. Capital announced a strategic capital investment by Dyal in the Firm. The announcement indicated that Dyal's interest is a passive, non-voting stake, representing less than 25% of the Firm's economic interests. The investment proceeds were primarily used to increase the Firm's investment in its funds and to seed and fund several growth initiatives.

  Mitigants

    o  H.I.G. Capital is jointly owned and controlled by its co-founders and co-CEOs, Sami Mnaymneh and Tony Tamer, subject to a small (less than 15%) non-voting interests held by other firm senior executives. As previously mentioned, Dyal's 25% stake is a passive, non-voting stake held by affiliates of Dyal Capital. All senior executives are actively engaged in the management of the business. They intend to remain active for the foreseeable future. The managing partners have complementary skills that should ensure long-term continuity and mitigate founder succession issues.

- **Limited Track Record**: H.I.G. Advantage I has invested in 16 portfolio companies but has only exited one portfolio company.  The Advantage investment deployed the committed capital very slowly. This raises concerns about the investment team's ability to source deals. 11 of the Advantage Fund's 16 investments were made between June 2020 and November 2022. The immaturity of the Advantage I portfolio makes it challenging to develop conclusions concerning its performance.

  Mitigants

    o  H.I.G. was slow to build out the Advantage team. When H.I.G. launched Advantage Fund I, the team comprised six investment professionals. Additionally, the investment team took three years to build its industry verticals, subsectors, and thematic investment focus. Today, the investment team includes approximately 45 investment professionals and is focused on thematic investments across six verticals: Business Services, Chemicals, Consumer/Retail, Healthcare, Industrials, and TMT. The team has completed 16 platform investments and 55 add-on transactions, 15/16 of which are held at or above cost, and one investment was written down. The average revenue growth across the Advantage I portfolio is 54%, and the EBITDA growth is 48%. Fund I has exited two portfolio companies, ██████████ ████████████████████████████

## Performance

**June 30, 2023**

| | Advantage Fund I |
|---|---|
| Vintage Year | 2017 |
| Fund Size | $3,000 |
| # Investments | 16 |

| LP Capital | |
|---|---|
| Invested Capital | $2,425 |
| % Paid-In | 81% |
| Realized | $390 |
| Unrealized Value | $2,859 |
| Total Value | $3,249 |

| Gross Performance | |
|---|---|
| Gross TVPI | 1.67x |
| Gross IRR | 20.27% |
| Gross DPI | 0.18x |

| Net Performance | |
|---|---|
| **Net TVPI** | **1.34x** |
| Quartile Ranking | 4th |
| **Net IRR** | **17.61%** |
| Quartile Ranking | 3rd |
| **Net DPI** | **0.16x** |
| Quartile Ranking | 4th |

| Losses | |
|---|---|
| # | 1 |
| Loss Ratio | 2.5% |

*$ Millions*
*As of 06/30/2023*
*Quartile ranking against the U.S. Buyouts Refinitiv/Cambridge database.*

*Performance Commentary*

H.I.G. Advantage's performance metrics place it in the lower performance quartiles, with its net IRR in the third quartile and both net TVPI and DPI in the fourth quartile. Fund I was slow to deploy its capital, with its first transaction only closing in October 2017 and a significant portion of investments made between June 2020 and November 2022. The immaturity of the portfolio investments makes it challenging to draw definitive conclusions about the fund's performance. Despite the slow initial capital deployment and team build-out, the investment team, now consisting of approximately 45 professionals, has completed 16 platform investments and 55 add-ons, resulting in annualized revenue growth of 17.7% and annualized EBITDA growth of 14.9% across the portfolio. Most investments are performing well, with 15 out of 16 held at or above cost, and one asset has been written down. The average hold period for the portfolio companies is 2.6 years. Fund I has exited two portfolio companies, ███████████████████ achieving a 2.2x and 3.2x gross MOIC, respectively.

## Organization and Team

Founded in 1993 and headquartered in Miami, Florida, H.I.G. is a global alternative asset manager with $56 billion of capital under management focused on the lower middle market segments of the private markets in the U.S., Europe, and Latin America, $21 billion of which is private credit AUM. With offices in the U.S. (Miami, New York, Boston, Chicago, Dallas, Los Angeles, San Francisco, Stamford, Atlanta, and Coral Gables), Europe (London, Hamburg, Luxembourg, Madrid, Milan, and Paris), and Latin America (Rio de Janeiro, Bogota, and São Paulo), H.I.G. currently employs ~575 investment professionals with significant operating and investing experience and the necessary skill set to execute the Firm's differentiated value-added strategy. The Firm is led by its co-founders, Sami Mnaymneh and Tony Tamer, who serve on the investment committees and approve all investments made by all H.I.G. affiliated investment funds. A key to H.I.G.'s success has been establishing a core philosophy of value investing, deep due diligence, operationally focused management, and bringing outsized resources to solve complex situations. H.I.G. has grown "horizontally", building a diversified alternative asset management platform with each new strategy complementing the last by maintaining a focus on the middle market while utilizing a shared investment philosophy

*Ownership*

In 2016, H.I.G. Capital announced a strategic capital investment by Dyal in the Firm. The announcement indicated that Dyal's ownership is a passive, non-voting stake, representing less than 25% of the Firm's economic interests. The investment proceeds were primarily used to increase the Firm's investment in its funds and to seed and fund several growth initiatives.

*Additional Products*

H.I.G. is organized into several fund groups, which are segregated by capital structure, asset classes, and investment style. H.I.G. is one of the largest investment platforms targeting the lower middle market segment. By virtue of its scale, reputation, and accumulated experience, it provides resources not typically available to other funds of similar size in its target markets.

H.I.G.'s family of funds targeting the lower middle market includes:

**Private Equity Funds (AUM ~$26.9 billion):**

H.I.G. operates six series of private equity funds that invest in management buyouts, recapitalizations, and corporate carve-outs of profitable and underperforming businesses.  This fund family accounts for approximately 50% of the Firm's AUM.

U.S. Small Cap LBO Funds
U.S. Middle Market LBO Funds
Europe Small Cap LBO Funds
Europe Middle Market LBO Funds
Latin America LBO Funds
Advantage Fund

**Growth Equity Funds (AUM ~$2.5 billion):**

H.I.G. Growth Partners Funds make control and influential minority investments in profitable growth-oriented businesses, focusing on high-growth sectors. H.I.G. BioHealth Funds invest in biopharmaceutical and medical technology companies developing novel products for significant unmet medical needs across a broad range of industries and stages.



**H.I.G.'s Credit Platform (AUM ~$21.5 billion):**

Bayside Capital manages approximately $7.7 billion in special situation credit opportunities in stressed / distressed companies in the U.S. and Europe.  H.I.G. WhiteHorse manages approximately $13.8 billion in performing loans. H.I.G. WhiteHorse Direct Lending Strategy provides debt financing solutions to performing middle-market companies in the U.S. and Europe. H.I.G. WhiteHorse CLO Funds invest in the broadly syndicated primary loan market, with more than ten structured credit CLO vehicles under management.

**Real Asset Funds (AUM ~$5.1 billion):**

H.I.G.'s Realty Partners Funds make opportunistic investments in small and mid-size real estate properties in the U.S., Europe, and Latin America. The team pursues a disciplined, value-oriented, and hands-on approach to investing. Additionally, H.I.G. manages more than $7 billion in gross asset value, including office, residential, hospitality, and logistics.

*Investment Team*

Rob Wolfson leads the Advantage investment team.  The investment team has a dedicated team of 40 investment professionals consisting of 1 Executive Managing Director, 6 Managing Directors, 6 Principals, 13 Vice Presidents and 14 Associates. Including five additional members of the H.I.G. Advantage Investment Committee (the "Investment Committee"), the H.I.G. Advantage team consists of 45 total investment professionals. The Advantage team is further supported by the larger H.I.G. private equity platform, which comprises approximately 575 investment professionals globally.

**Key Professionals**

| Professional | Title | Years w/ Firm | # Investments |
|---|---|---|---|
| Doug Berman | Head of U.S. Private Equity | 27 | NA |
| Rob Wolfson | Executive Director and Head of H.I.G. Advantage | 18 | 10 |
| Mattew Hankins | Managing Director | 6 | 3 |
| Robert Jang | Managing Director | 12 | 6 |
| Justin Reyna | Managing Director | 13 | 6 |
| Matthew Robinson | Managing Director | 11 | 3 |
| Alok Sanghvi | Managing Director | 8 | 6 |
| Rahul Vinnakota | Managing Director | 11 | 5 |

*Source: H.I.G. and Callan analysis*

*Investment Team Turnover*

The H.I.G. Advantage team has not experienced any departures at the Managing Director or Principal levels in the last two years.  The investment team has added four new Principals since 2021; all were internal promotions.  The team lost two investment professionals at the Vice President level and has had nine total additions since 2021.

*Succession Planning*

All of the senior executives are actively engaged in the management of the business. They intend to remain active for the foreseeable future. The managing partners have complementary skills that should ensure long-term continuity and the mitigation of founder succession issues. Additionally, H.I.G.  has created an institutionalized asset management culture. To ensure continuity across the Firm, the Co-Founders and the Executive Managing Directors run the Firm daily and serve across all investment committees within private equity, credit, and real estate.  If neither Sami nor Tony could perform their duties, the co-presidents would manage the Firm.

*Compensation*

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████     ████████████████████████████████
██████████████████████

## Investment Strategy

The Advantage Funds investment strategy focuses on high-quality, low-volatility companies that are not operating at their full potential. The Firm believes that focusing on stable, profitable, and predictable businesses with low operating and financial risk allows for lower variability of potential returns and reduces overall portfolio risk. H.I.G. has positioned the Fund to be lower on the risk/return spectrum than existing H.I.G. U.S. Buyout Funds, which generally focus on more complex companies and complicated transaction dynamics.

The Fund intends to target companies across various industries where H.I.G. believes an opportunity exists to create substantial value by leveraging its principals' extensive operating experience and completing synergistic add-on acquisitions. The high-quality characteristics of the target companies are primarily a function of the sector and competitive market dynamics rather than an indication of the potential opportunity to add value.

The Fund will target companies typically possessing one or more of the following high-quality characteristics:

● leading market shares in their particular industry segment with defensible barriers to entry;
● sustainable competitive advantage in products, markets, or distribution channels;
● capital-efficient models with limited capital expenditure profiles;
● stable end-markets generally insulated from cyclicality;
● well-diversified customer base;
● limited exposure to commodity pricing; and
● robust and backable management teams.

*Sector Focus*

H.I.G. Advantage will focus on thematic investments in the following sectors: i) Business services, ii) Consumer retail, iii) Healthcare, iv) Industrials, v) Natural Resources/Chemicals, and vi) TMT.  The investment team opportunistically pursues the best transactions during a fund's investment period.

**Attribution by Sector, as of 06/30/2023**

|  | HIG Advantage I | |
| --- | --- | --- |
|  | % Invested | Gross TVPI |
| Chemicals | 10% | 2.48x |
| Healthcare | 44% | 0.70x |
| Consumer | 6% | 1.71x |
| Industrials | 11% | 1.30x |
| Business Services | 14% | 0.97x |
| TMT | 15% | 0.71x |

*Source: H.I.G. and Callan analysis.*

*Country/Regional Focus*
Advantage Fund II will primarily invest in North American based middle-market companies.

**Attribution by Geography, as of 06/30/2023**

|  | HIG Advantage I | |
| --- | --- | --- |
|  | % Invested | Gross TVPI |
| United States | 92% | 1.58x |
| Canada | 6% | 3.83x |
| Brazil | 3% | 0.13x |

*Source: H.I.G and Callan analysis.*

*Valuations & Leverage*
H.I.G. Advantage Buyout Funds invest in better-performing and more established businesses relative to the other H.I.G. funds, which invest in complex companies (i.e., product or customer concentration, lack of systems, etc.). The Advantage Fund will have slightly higher entry multiples (10-17x) than the H.I.G. Middle Market strategy.  Part of the Advantage Fund's strategy is to buy down the entry multiple via add-on acquisitions.  Fund I completed 58 add-on acquisitions.  A handful of companies with high entry multiples impacted the Fund I entry multiples (i.e., St. Croix, where the entry multiple was above 15x, but operating performance is up ~50% since the acquisition).

**Purchase Prices and Leverage, as of 06/30/2023**

| Fund | Investment Year(s) | Aggregate EV/EBITDA | Pitchbook Median EV/EBITDA | Aggregate Net Debt/ EBITDA | Pitchbook Median Net Debt/ EBITDA |
| --- | --- | --- | --- | --- | --- |
| HIG Advantage I | 2017 - 2022 | 12.5x | 11.2x | 6.3x | 6.1x |

*Source: S&P LCD Data; H.I.G.; Callan analysis*

*Value Creation*
The Advantage Funds seek to deploy an operations-intensive value creation strategy to grow the portfolio companies organically and through add-on acquisitions. H.I.G.'s value creation starts with its ability to recognize and purchase companies at a discount to their relative value. Pre-closing, the Firm conducts an extensive due diligence process to quantify potential risks and fully understand a target company's earnings potential. This process includes creating a comprehensive business plan to realize potential value.

Post-closing, H.I.G.'s investment professionals execute its post-close action plan to mitigate risks identified in pre-close diligence. Further, they establish objectives and timelines for capitalizing on value-creation opportunities. By taking a proactive approach, H.I.G. aims to actively de-risk the investment and help make the company more attractive to potential acquirers.

In the value creation process, H.I.G.'s investment professionals play an active role, working with the portfolio's management team to create value by orienting the company for growth.  H.I.G. identifies intrinsic "value creation" drivers needed to help companies realize their full potential, including significantly scaling the business through acquisitions, strategically repositioning the business, and investing capital and other resources to increase capabilities and expand market penetration.

Additionally, when considering add-on acquisitions, H.I.G. evaluates the synergistic benefits that could be derived from the transaction. Any add-on acquisition would also consider the experience and capacity of the existing management team to integrate the new operations and the cultural fit between the current management team and the members of the acquired company. By efficiently identifying, executing, and integrating accretive acquisitions and financing transactions, H.I.G. helps businesses increase their market leadership position. As a result, H.I.G.'s portfolio companies have consistently shown material EBITDA growth post-investment.

*Case Studies*

- ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  █████████████████████████████     ███████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ██████████████████████████████   ████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████

- ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ██████████████████  ████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████

**Portfolio Construction ($m), as of 06/30/2023**

| Fund | # of Investments | Average % Ownership | Equity Check | | | |
|---|---|---|---|---|---|---|
| | | | Total Equity | Average | Max | Min |
| HIG Advantage I | 16 | 78% | 3,765 | 235 | 434 | 65 |

*Source: H.I.G. and Callan analysis*

**Portfolio Metrics at Entry ($m), as of 06/30/2023**

| Fund | Average EV | Max EV | Min EV | Average EBITDA | Max EBITDA | Min EBITDA | Average Revenues | Max Revenues | Min Revenues |
|---|---|---|---|---|---|---|---|---|---|
| HIG Advantage I | 633 | 1,292 | 210 | 51 | 101 | 13 | 413 | 1,488 | 53 |

*Source: H.I.G. and Callan analysis*

**Portfolio Growth, as of 06/30/2023**

| Fund | Weighted Average Hold (years) | Entry Margin | Exit Margin | Total Revenue Growth | Annualized Revenue Growth | Total EBITDA Growth | Annualized EBITDA Growth |
|---|---|---|---|---|---|---|---|
| HIG Advantage I | 2.6 | 12% | 12% | 53.8% | 17.7% | 44.5% | 14.9% |

*Source: H.I.G. and Callan analysis*

## Investment Process

*Sourcing*

Over the past 24 years, H.I.G. built a significant deal flow network.  Its network focuses on informal and unconventional sources of deal flow in the lower middle and middle markets (e.g., accountants, lawyers, brokers, insurance agents, and family wealth advisors). H.I.G. Funds have access to the deal flow network, including the relationships of its over 575 investment professionals, 25 dedicated in-house sourcing professionals in its business development group, and its proprietary database of tens of thousands of middle-market deal flow contacts. Also, H.I.G. partners with senior executives to conduct proactive industry searches; these opportunities are often proprietary to industry insiders.

Additionally, H.I.G. believes its focus on complex companies and situations typically attracts fewer competing buyers. H.I.G. develops "angles" which include (i) utilizing relationships to find opportunities in complex situations, (ii) positioning the Firm as the "buyer of choice" based on expertise in a particular sector, (iii) utilizing resources to find, quantify and probability weight downside issues relative to upside opportunities, and (iv) identifying compelling value creation levers where the business success under H.I.G.'s ownership can exceed what could have happened otherwise. Also, the Firm's ability to close transactions on an expedited basis gives it a strategic advantage.

*Due Diligence Process*

H.I.G.'s due diligence process begins with a preliminary evaluation of the target's business and management. If the deal team reaches a consensus, it conducts an extensive due diligence examination, including site visits, meetings with the target company's management, industry research, competitor analysis, and research on its reputation and management. H.I.G.'s internal process is complimented by coordinating with third-party advisors in technical areas such as legal, tax, accounting, and insurance/benefits.

The Deal Team quantifies and probability-weights downside risks relative to upside opportunities and identifies value creation levers to transform businesses into more attractive businesses before exit. After the Firm identifies a target company's potential, H.I.G. develops a financial model incorporating the impact of a business cycle. The final modeling step is a sensitivity analysis of the potential investment returns and the potential variability around the base case to determine the appropriate valuation and capital structure for a proposed transaction.

Throughout the due diligence process, H.I.G. focuses on analyzing the impact of the various critical challenges and opportunities relevant to the target under consideration. H.I.G. will also carefully examine the effect of technological changes (e.g., digitization) on the business under consideration. H.I.G. believes that these challenges will require the rapid evolution of business models, and H.I.G. is poised to benefit from these trends and challenges, with competing businesses lagging behind.

Before investing, H.I.G. prepares a detailed operating and strategic business plan to achieve the target company's entire profit improvement potential. This plan and the information gathered during the due diligence process allow H.I.G. to determine an appropriate transaction price, devise an optimal acquisition and financing structure, and negotiate an acquisition agreement. Also, the plan provides benchmarks against which to measure company and management performance and drive incentive compensation programs for the target company's management team.

H.I.G. generally structures its acquisitions to include a level of debt financing designed to enhance the return on equity while maintaining leverage ratios that H.I.G. believes will not put the portfolio company at undue financial risk.  H.I.G. strives to structure transactions that include low-cost funding through seller financing, restructuring of existing debt, and below-market financing from other parties who may have an essential strategic interest in the portfolio company, such as suppliers or customers.

Investments are subject to a rigorous internal investment approval process.  Over the course of a transaction, the deal team will meet with the Fund's Investment Committee multiple times to present due diligence findings, transaction structure and valuation, and investment merits and risks. The Firm's Executive Managing Directors and Managing Directors will work closely with the deal teams to understand and focus on the key issues, develop a transaction structure and valuation proposal, and prepare a formal presentation to the Investment Committee. The Investment Committee includes the Co-founders Sami Mnaymneh and Tony Tamer, who review all proposed transactions.

*Monitoring & Exits*
Typically, the Deal Team that performs the due diligence leads the monitoring of the target company's performance.  As a matter of practice, team members join the target company's Board of Directors in a non-executive capacity.  The Fund will typically have the majority of the seats on the Board of Directors of each acquired company. H.I.G. believes that this control is essential given its proactive investment philosophy. It gives H.I.G. the ability to make any necessary changes to its portfolio companies.

H.I.G.'s operating philosophy is to form a close partnership with the management team of a portfolio company and jointly develop the portfolio company's strategic direction, KPIs, priorities, and associated action plans. This planning process begins during the pre-closing period. It is highly active during the first six to twelve months after its initial investment to implement planned initiatives and mitigate risks identified in pre-close diligence.  The H.I.G. does not manage the daily operations of its portfolio companies. But, it is actively involved in the business decisions, which it believes are vital to generating significant incremental value. H.I.G Team members serve on task forces, evaluate and recruit upgraded management personnel, etc. H.I.G. requires portfolio companies to provide them with weekly and monthly operating and financial data customized to monitor the portfolio company's performance in real time.

Due to the size and type of companies that H.I.G. invests in, it expects to exit investments through a third-party private transaction to a strategic or financial buyer. H.I.G. believes this provides the least risky and quickest return of capital. Occasionally, H.I.G. will also consider exiting its investments through initial and subsequent public offerings or recapitalizations.

H.I.G.'s approach to successful exits of its portfolio companies entails eliminating, as much as possible, the pricing discount often associated with (i) smaller-sized companies in the lower middle market and (ii) the initial complexity or underperformance exhibited when the investment was first made. H.I.G. believes that correcting the underperformance and upgrading its portfolio companies' financial and operating systems make them more attractive to buyers. Additionally, scaling these companies allows them to sell at high purchase multiples.

## Operational Due Diligence

### Accounting/Finance

| | |
|---|---|
| Chief Financial Officer | Chad Burseh |
| Overview of the accounting and finance team | Chad leads a global team of ~100 members that provide back-office accounting support for the Firm.  H.I.G has established robust controls across all back-office aspects (i.e., accounting, cash management, finance, tax, and treasury). |
| Fund Administrator | Internal |
| Custodian/Bank | BNY Mellon, ING, J.P. Morgan |
| Fund Auditor | Deloitte LLP |
| Overview of cash movements | Top Executives and Co-CEOs must approve all wire payments. For external payments, distributions, and capital calls, the fund has robust procedures that require multiple layers of approval. The approval system will not permit the same individual to approve and release a wire. The firm's operational committee confirms trade allocation percentages with the investment team before the wiring process begins. |

### Valuation Policy/Process

| | |
|---|---|
| Does the Firm have a Valuation Policy? | Yes |
| Overview of the valuation process | The valuation analysis of investments is performed every quarter, according to ASC 820. The valuation analysis team comprises investment professionals assigned to each deal (the "Deal Team").  A Managing Director is in charge of each investment review and approves the valuation analysis performed by the Deal Team. Overall, the valuation process is overseen and governed by the Valuation Committee, which consists of Sami Mnaymneh and Anthony Tamer, Co-CEOs, Executive and Lead Managing Directors of each specific investment strategy (collectively, the "Valuation Executives"), H.I.G.'s Chief Financial and Administrative Officer and the Chief Financial Officer of each specific investment strategy (collectively, the "Finance Executives"), and In-house Valuation Specialist(s). |
| Valuation Committee | Yes

Committee Members: Sami Mnaymneh and Anthony Tamer, Co-CEOs, Executive and Lead Managing Directors of each specific investment strategy (collectively, the "Valuation Executives"), H.I.G.'s Chief Financial and Administrative Officer and the Chief Financial |


Knowledge. Experience. Integrity.

| | |
|---|---|
| | Officer of each specific investment strategy (collectively, the "Finance Executives"), and In-house Valuation Specialist(s) |
| Frequency of valuations | Quarterly |
| Are valuations audited annually? | Yes |
| Is a third-party valuation firm ever used? | No |
| Are valuations in accordance with U.S. GAAP and ASC 820? | Yes |

**Allocation of Investment Opportunities**

| | |
|---|---|
| Does the Firm have an Allocation Policy? | Yes |
| Overview of investment allocation across funds/products | H.I.G. indicated the determination of a potential fit with H.I.G. Capital Partners, Advantage, or Middle Market LBO funds occur during the initial screening process, and the decision is evident even at the screening stages of the Firm's review process. All complex deals (i.e., financial or operational distress) are typically allocated to the Capital Partners or Middle Market LBO Funds. After being separated by complexity, the deals are sorted by size. With deals under $35m in EBITDA allocated to the Capital Partner funds and deals over $35m in EBITDA to the Middle Market LBO funds. |
| If the Firm has a debt product, can it invest alongside the equity product(s)? | Yes<br>If yes, please elaborate: |
| Approval process for cross-fund investments | Although uncommon, H.I.G. reserves the right from time to time to cause the Fund to enter into a transaction whereby the Fund purchases securities from, or sells securities to, another H.I.G. Vehicle, or co-investors or co-investment vehicles. Transactions are conducted in a manner that it believes to be fair and equitable to the Fund and the other H.I.G. Vehicles under the circumstances, including considering the potential present and future benefits concerning the Fund and the other H.I.G. Vehicle. |
| Overview of the allocation of co-investments | The General Partner, in its sole discretion, may offer co-investment opportunities to one or more Limited Partners and their affiliates, the General Partner, the Management Company and its employees, third parties (including strategic investors and other funds, private investors, groups and individuals) and/or Other H.I.G. Vehicles. |

**LP Reporting**

| | |
|---|---|
| Quarterly/annual reporting package | ☒ Capital account statements<br>☒ Quarterly unaudited fund financial statements |



Knowledge. Experience. Integrity.

19

|  | ☒ Annual audited fund financial statements |
|  | ☒ Quarterly LP letters/updates |
|  | ☐ Other |
|  |    Please specify: |
| Are the ILPA reporting templates utilized? | No |

**Legal/Compliance**

| Is the Firm a Registered Investment Advisor or an Exempt Reporting Advisor? | Registered Investment Advisor |
| Chief Compliance Officer | Richard Segal |
| External compliance consultant | ACA, Kirkland & Ellis |
| Compliance Manual | Yes |
| Code of Ethics | Yes |
| Legal Counsel | Kirkland & Ellis |
| Is the Firm or any key professional subject to any current material litigation proceedings? | No<br>If yes, please specify: |

## Environmental, Social & Governance (ESG) and Diversity, Equity & Inclusion (DEI)

### Environmental, Social, & Governance (ESG)

| | |
|---|---|
| Firmwide ESG, SRI, sustainability, and/or responsible investment policy | Yes |
| Brief Description of Policy: | H.I.G. thoughtfully considers ESG risks and/or exposures during the initial due diligence process. During H.I.G.'s ownership of the company, investment professionals are encouraged to engage in continued dialogue with portfolio companies regarding maintaining and monitoring ESG policies. Each investment team maintains its own standards to assess portfolio companies' management of ESG factors. |
| Year Policy put in place: | |
| Publish a quarterly or annual sustainability or responsible investing report | No |
| Employ full-time dedicated ESG professionals | Yes |
| Number of dedicated ESG professionals: | 1 |
| Dedicated oversight ESG functions (i.e. ESG Committee) at firm | Yes |
| ESG Considerations integrated into investment process | Yes |
| UNPRI Signatory | Yes |
| Signatory to responsible investment bodies or standards other than PRI | No<br>If yes, please specify: |

### Diversity, Equity, & Inclusion (DEI)

| | |
|---|---|
| Diverse-, Women-, or Disabled-Owned (DWDO) Ownership > 50% | Yes |
| DWDO Ownership Type | Unknown |
| Formal Diversity & Inclusion Policy | Yes |
| Oversees diversity & inclusion efforts: | ☐ Chief Diversity Officer<br>☐ CCO<br>☐ COO<br>☐ CEO<br>☒ Head of HR<br>☐ Board<br>☐ Other |

| | Please specify: |
|---|---|
| Recruitment initiatives focused on women, people of color and/or other under-represented candidates | Yes |

## Additional Performance Metrics

**PME Analysis, as of 06/30/2023**

| Fund | VY | Net IRR | Net TVPI | FTSE All World | | | Russell 2000 | | |
|------|----|---------|----------|----------------|--|--|--------------|--|--|
| | | | | LN PME IRR | LN PME TVPI | KS PME | LN PME IRR | LN PME TVPI | KS PME |
| HIG Advantage I | 2017 | 17.61% | 1.34x | 5.00% | 1.08 | 1.26 | -0.96% | 0.99 | 1.41 |

*LN: Long Nickels PME methodology*
*KS: Kaplan-Scholar PME methodology*

**Peer Comparables Review**
**As of 06/30/2023 or the most recently available date**
**Grouped by Vintage Year and sorted by Net TVPI**

| Fund | Vintage Year | Fund Size ($m) | Net IRR | Net TVPI |
|------|--------------|----------------|---------|----------|
| Trive Capital Fund III | 2017 | $1,040 | 31.69% | 1.84x |
| Audax Private Equity Fund VI | 2018 | $3,500 | 48.95 | 1.83x |
| Angeles Equity Partners I | 2017 | $360 | n/a | 1.60x |
| Wellspring Capital Partners VI | 2018 | $1,420 | 18.60% | 1.53x |
| Cortec Group Fund VII | 2019 | $2,000 | 27.67% | 1.51x |
| American Industrial Partners | 2019 | $3,075 | 24.26% | 1.49x |
| **H.I.G. Advantage I** | **2017** | **$3,000** | **17.61%** | **1.34x** |

*Source: H.I.G., Pitchbook and Callan analysis*

**H.I.G. Co-Investment Track Record, as of 06/30/23**

| Investment Name | Fund(s) | Acquisition Date | Total H.I.G. Equity (mm) | Fund Equity (mm) | Co-Investment Equity | Co-Investment % | Gross MOIC | Net MOIC | Gross IRR | Net IRR |
|---|---|---|---|---|---|---|---|---|---|---|
| *Realized and Partially Realized Investments* | | | | | | | | | | |
| Lipari Foods | Advantage | Q1'19 | $214.6 | $175.7 | $38.9 | 18.1% | 2.2x | 1.7x | 22% | 19% |
| TKC | MM II/ LBO IV | Q4'16 | $359.0 | $163.1 | $195.9 | 54.6% | 3.3x | 2.2x | 93% | 69% |
| Arctic Glacier | MM I /LBO IV | Q3'12 | $103.6 | $58.6 | $45.0 | 43.4% | 2.3x | 1.7x | 22% | 15% |
| First Capital | MM I | Q2'10 | $144.0 | $71.0 | $73.0 | 50.7% | 0.3x | 0.2x | NM | NM |
| *Unrealized Investments* | | | | | | | | | | |
| ProsperOps | Growth III | Q3'23 | $55.8 | $43.8 | $12.0 | 21.5% | 1.0x | 1.0x | NM | NM |
| Celerion | Advantage / Advantage II | Q3'23 | $357.6 | $301.9 | $55.7 | 15.6% | 1.2x | 0.7x | 29% | NM |
| Formerra | MM IV | Q2'23 | $399.3 | $269.7 | $129.6 | 32.4% | 1.0x | 0.2x | NM | NM |
| Watchfire Signs | LBO VI | Q1'23 | $65.1 | $35.1 | $30.0 | 46.1% | 1.6x | 1.4x | 59% | 53% |
| Barton & Associates | MM III | Q3'22 | $317.0 | $182.1 | $134.9 | 42.6% | 1.2x | 0.9x | 19% | 12% |
| Terra Millennium | MM III / LBO VI | Q2'22 | $256.4 | $222.4 | $34.0 | 13.3% | 1.2x | 1.0x | 24% | 16% |
| Pixelle | MM III | Q2'22 | $322.6 | $169.4 | $153.3 | 47.5% | 1.1x | 0.8x | 6% | 4% |
| myKaarma | Growth III | Q1'22 | $72.6 | $60.1 | $12.5 | 17.2% | 1.5x | 1.2x | 41% | 6% |
| Mobileum | MM III / EU MM I | Q1'22 | $259.7 | $243.2 | $16.6 | 6.4% | 0.7x | 0.6x | NM | NM |
| Time Manufacturing | MM III / LBO VI / EU MM I | Q4'21 | $430.7 | $359.7 | $71.0 | 16.5% | 1.0x | 0.8x | NM | NM |
| 3Pillar Global | Advantage | Q4'21 | $261.3 | $175.2 | $86.1 | 32.9% | 1.2x | 1.0x | 15% | 13% |
| BHC | Advantage | Q4'21 | $220.7 | $175.2 | $45.5 | 20.6% | 1.5x | 1.2x | 31% | 26% |
| Acqua & Sapone | EU MM I / MM III | Q3'21 | $185.5 | $175.0 | $10.5 | 5.6% | 3.0x | 2.9x | 95% | 135% |
| American Vision Partners | Advantage / Growth III | Q3'21 | $307.8 | $262.2 | $45.6 | 14.8% | 1.2x | 1.0x | 12% | 10% |
| Cleo | Advantage / Growth III | Q2'21 | $311.4 | $179.4 | $132.0 | 42.4% | 1.3x | 1.1x | 16% | 14% |
| CORA Physical Therapy | Advantage | Q2'21 | $266.0 | $180.0 | $86.0 | 32.3% | 1.0x | 0.8x | NM | NM |
| Interpath | EU MM I | Q2'21 | $140.7 | $110.7 | $30.0 | 21.3% | 1.3x | 1.2x | 11% | 16% |
| Soleo Health | MM III | Q2'21 | $80.2 | $77.2 | $3.0 | 3.7% | 1.7x | 1.3x | 24% | 16% |
| SMTC Corporation | MM III | Q2'21 | $133.3 | $130.3 | $3.0 | 2.3% | 1.5x | 1.2x | 27% | 18% |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Continental Battery Company | MM III / LBO VI | Q1'21 | $275.7 | $204.8 | $70.9 | 25.7% | 1.7x | 1.3x | 24% | 16% |
| Capstone Logistics | Advantage / LBO VI | Q4'20 | $424.0 | $210.5 | $213.5 | 50.4% | 2.3x | 1.8x | 43% | 36% |
| St. Croix Hospice | Advantage | Q4'20 | $352.1 | $200.0 | $152.1 | 43.2% | 1.5x | 1.2x | 17% | 15% |
| Windows USA, LLC | MM III | Q4'20 | $76.1 | $73.1 | $3.0 | 3.9% | 1.8x | 1.5x | 28% | 18% |
| Supply Source Enterprises | Advantage | Q2'20 | $91.6 | $88.6 | $3.0 | 3.3% | 0.9x | 0.7x | NM | NM |
| USALCO LLC | MM III | Q2'20 | $82.6 | $79.6 | $3.0 | 3.6% | 2.9x | 2.3x | 49% | 32% |
| Wellpath | Advantage | Q4'18 | $270.7 | $175.0 | $95.6 | 35.3% | 1.4x | 1.1x | 8% | 7% |
| Vantage Specialty Chemicals | Advantage | Q4'17 | $225.5 | $143.7 | $81.8 | 36.3% | 2.9x | 2.3x | 21% | 18% |
| Empower AI, Inc. | MM II / LBO V | Q3'17 | $149.2 | $105.6 | $43.7 | 29.3% | 0.1x | 0.1x | NM | NM |
| HCS Group, GmbH | EU LBO II | Q4'16 | $83.1 | $62.2 | $20.9 | 25.1% | 0.0x | NM | NM | NM |
| Self It Academias Holding S.A. | Brazil & Latin America | Q3'15 | $63.6 | $27.9 | $35.7 | 56.2% | 1.9x | 1.2x | 12% | 7% |
| Allion | MM I | Q1'10 | $90.0 | $74.4 | $15.6 | 17.3% | 0.4x | 0.3x | NM | NM |
| **Total** | | | | | **$2,182.7** | | | | | |

## Summary of Key Terms

| | Fund Terms – per the LPA | ILPA Principles 3.0 |
|---|---|---|
| Fund Term | • **Investment Period** - 6 years<br>• **Term** - 10 years<br>• **Extensions** – two one-year extensions<br><br>*Comments: None* | • Extensions should be in 1-year increments and limited to max of 2 extensions<br>• Extensions should be approved by LPAC, and then a majority in interest of LPs |
| GP Commitment | • **GP Commitment** - 2%<br>• **Fee Waiver Percentage** - NA<br>• **Firm Balance Sheet Commitment -** NA<br><br>*Comments: Such amounts from the GP Investment Group will be comprised of (a) a direct Commitment to the Fund by the General Partner and/or a special purpose co-investment entity formed by the General Partner and/or (b) a commitment to co-invest the balance of such subscription among all of the investments made by the Fund.* | • GP should have substantial equity interest in the fund through cash rather than fee waivers.<br>• No cherry-picking of individual deals |
| Management Fee | • **Investment period –** 1.85% on committed capital<br>• **Post Investment Period –** 1.85% on net invested capital<br>• **Post Fund Term –** 1.85% on net invested capital<br>• **Management Fee Offset -** 100%<br><br>*Comments: 100% of the Fund's share of directors' fees paid by portfolio companies to members or employees of the General Partner or the Management Company, and (ii) 50% of all net fee income received by the General Partner.* | • Management fee should be reasonable based on normal operating costs of the fund. It should cover overhead costs, salaries of employees & advisors, travel and other costs<br>• Mgmt. fees should significantly step down upon the formation of a successor fund or at the end of the investment period<br>• Fees should not be charged post the term |
| Waterfall | • **Waterfall Type** - American<br>• **Carried Interest** - 20%<br>• **Preferred Return** - 8%  **Type** - Compounded<br>• **GP Catch-Up** - 100%<br><br>*Comments: None* | • European waterfall is best practice<br>• Carry should be calculated on net profits, factoring in fund-level expenses, and on an after tax basis<br>• Preferred return should be calculated based on the date the bridge facility is drawn |
| GP Clawback | • **GP Clawback** - Yes | • Accrued carried interest should be held in escrow and disclosed annually |



|  | | |
|---|---|---|
|  | *Comments: On final distribution of the Fund's assets* | ● Clawback amounts should be gross of tax<br>● Joint and several liability of individual GPs is best practice |
| Key Person | ● **Key Persons** – The clause does not name specific managers. See comments.<br><br>*Comments: two of the Active Members have ceased to devote significant time and attention to the affairs of the Partnership and the H.I.G. Group (the "Requisite Attention"), or (b) (i) one Active Member has ceased to devote Requisite Attention and (ii) at least a majority of the Applicable Managing Directors have ceased to devote the time and attention to the affairs of the Partnership* | ● Key persons should be individuals that determine investment outcomes – not just the founders<br>● Key persons should devote substantially all of business time to the fund<br>● Key person event should automatically trigger suspension of investment period and an interim clawback |
| Governance Rights | ● **For Cause Provisions:** 66-2/3% in Interest may dissolve the Partnership, by delivering a written notice to the General Partner to such effect within thirty (30) days after the occurrence of any of a trigger event<br>● **No Fault Provisions:** 80% of interest of Limited Partners may remove the GP at any time<br><br>*Comments: None* | ● For cause suspension or termination of the investment period upon vote of majority in interest of LPs<br>● For cause removal of GP or fund dissolution upon vote of majority in interest of LPs<br>● No fault removal of GP or fund dissolution upon vote of 2/3 in interest of LPs |
| Investment Restrictions | ● **Blind Pool Investments** – not allowed<br>● **Single Company Concentration** – 20%<br>● **Restrictions on Public Securities** – 20%<br>● **Companies Outside North America** – 20%<br><br>*Comments: None* | ● Fund should have appropriate limits on investment concentration<br>● Other types of restrictions not discussed in Guidelines |
| Bridge Facility & Borrowing | ● **Bridge/Subscription Financing** – Not to exceed 25% of aggerate commitments<br><br>*Comments: Bridge Financing to the extent that it is not repaid to the Partnership within eighteen (18) months after the initial date of such investment, and thereafter any such unreturned investment will be treated as a permanent investment.* | ● Bridge facility should be used to ease fund administration, rather than enhance the IRR<br>● Bridge facility should be outstanding no more than 180 days and capped at a certain percentage of commitments |
| Recycling/ Recallable Capital | ● **Recycling Cap** - <= 25% of aggregate distributions<br>● **Time Limit** – During the commitment period | ● The amount of capital available for recycling should be capped<br>● Recycling provisions should expire at the end of the investment period |



*Comments: None*

## Investment Team Biographies

### Senior Investment Professional Biographies

| | |
|---|---|
| **Sami Mnaymneh**<br>*Co-CEO and Co-Founder* | *Co-CEO and Co-Founder.* Mr. Mnaymneh is a co-founder of H.I.G. and is a member of the Investment Committee overseeing the Fund. Mr. Mnaymneh has served as a Managing Partner of the Firm since 1993. He has directed H.I.G.'s development since its inception and, alongside Mr. Tamer, is responsible for the day-to-day management of the Firm and approves all capital commitments made by H.I.G. Before founding H.I.G., Mr. Mnaymneh was a Managing Director at The Blackstone Group, a New York-based merchant bank, where he advised Fortune 100 companies. Prior to that time, he was a Vice President in the Mergers & Acquisitions department at Morgan Stanley & Co., where he devoted a significant amount of his time to leveraged buyouts, serving as senior advisor to several large and prominent private equity firms. Mr. Mnaymneh received a B.A. degree summa cum laude from Columbia University. Subsequently, he received an M.B.A. degree and a J.D. degree, with honors, from Harvard Business School and Harvard Law School, respectively. |
| **Tony Tamer**<br>*Co-CEO and Co-Founder* | Mr. Tamer is a co-founder of H.I.G. and is a member of the Investment Committee overseeing the Fund. Mr. Tamer has served as a Managing Partner of the Firm since 1993. He has directed H.I.G.'s development since its inception and, alongside Mr. Mnaymneh, is responsible for the day-to-day management of the Firm and approves all capital commitments made by H.I.G. Before founding H.I.G., Mr. Tamer was a Partner at Bain & Company, one of the world's leading management consulting firms. His focus at Bain & Company was on developing business unit strategies, improving clients' competitive positions, implementing productivity improvement and cycle time reduction programs, and leading acquisition and divestiture activities for Fortune 500 clients. Mr. Tamer has extensive operating experience, having held marketing, engineering, and manufacturing positions at Hewlett-Packard and Sprint Corporation. Mr. Tamer holds a B.S. degree from Rutgers University, an M.S. degree in Electrical Engineering from Stanford University, and an M.B.A. degree from Harvard Business School. |
| **Rick Rosen**<br>*Co-President* | Mr. Rosen is a Co-President of H.I.G. with over twenty years of private equity and M&A experience. Since joining H.I.G. in 1998, he has been involved in all aspects of the investment process and has held several leadership positions at H.I.G. He is a member of the Fund's Investment Committee. He also sits on the investment committee of H.I.G.'s lower middle market and Advantage funds. Mr. Rosen serves on the boards of numerous H.I.G. portfolio companies. He has led transactions and worked with companies in various industries, focusing on healthcare, business services, and niche manufacturing. Before joining H.I.G., Mr. Rosen worked at General Electric Company and GE Capital. Mr. Rosen received his undergraduate degree with honors from Stanford University and earned his M.B.A. from Harvard Business School. |
| **Brian Schwartz**,<br>*Co-President* | Mr. Schwartz is a co-President of H.I.G. and is a member of the Investment Committee overseeing the Fund. Prior to this role, Mr. Schwartz held a number of leadership positions at H.I.G., including Head of the H.I.G. Advantage Fund and co-heading the H.I.G. Middle Market Team. Mr. Schwartz began his career at Dillon, Read & Co. and previously held various |

| | |
|---|---|
| | positions at PepsiCo, Inc. Mr. Schwartz earned his B.S. degree with Honors from the University of Pennsylvania and an M.B.A. from Harvard Business School. |
| **Doug Berman**, *Head of U.S. Private Equity* | Mr. Berman joined H.I.G. in 1996 and has served as Head of U.S. Private Equity since 2019 and as an Executive Managing Director since 2007. He also serves as Co-Chair of H.I.G.'s Diversity and Inclusion Committee and is a member of the Investment Committee overseeing the Fund. Prior to joining H.I.G., Mr. Berman was a Consultant at Bain & Company. Mr. Berman holds a B.A. degree with Honors in Economics from the University of Virginia, and an M.B.A. degree from The Wharton School of the University of Pennsylvania. |
| **Rob Wolfson**, *Executive Managing Director and Head of H.I.G. Advantage* | Mr. Wolfson is an Executive Managing Director. He is the Head of the H.I.G. Advantage Buyout Fund and the Head of U.S. Healthcare, based in the San Francisco office. Mr. Wolfson joined H.I.G. in 2005. Prior to running the H.I.G. Advantage Fund, he spent 10 years as a Managing Director leading transactions in both the Advantage Fund as well as in H.I.G.'s Lower Middle Market Buyout Fund. Mr. Wolfson brings over twenty years of investment and operating experience across many industries. Prior to H.I.G., he was an executive at IPWireless, a wireless infrastructure provider. Mr. Wolfson began his career as a consultant with LEK Consulting, a leading worldwide strategy consulting firm. Mr. Wolfson earned his undergraduate degree from Northwestern University, Cum Laude, and his M.B.A. from Harvard Business School. |
| **Matthew Hankins**, *Managing Director* | Mr. Hankins is a Managing Director of the H.I.G. Advantage Team. He is responsible for all aspects of the investment process including origination, transaction structuring, financing, and execution of post-closing growth strategies. Mr. Hankins has more than ten years of experience investing in middle-market companies and has executed transactions in several industries including business services, infrastructure services, E-commerce services, healthcare services, financial services, and technology. Prior to joining H.I.G., Mr. Hankins worked in middle-market private equity with Sterling Partners. Mr. Hankins began his career in strategy roles with J.P. Morgan and Accenture. He received his undergraduate degree, with honors, from The University of Michigan College of Engineering and his M.B.A., with honors, from The University of Chicago Booth School of Business |
| **Robert Jang**, *Managing Director* | Mr. Jang is a Managing Director of the H.I.G. Advantage Team. He is responsible for all aspects of the investment process including transaction sourcing, structuring, financing, and execution of post-closing growth and operational strategies. Mr. Jang has over a decade of private equity investing experience in a variety of industries including chemicals, transportation, business services, consumer services, and industrials. Prior to joining H.I.G. in 2011, Mr. Jang worked in private equity at The Carlyle Group focusing on investments in the healthcare sector. Mr. Jang started his career in the Mergers & Acquisitions group at Merrill Lynch. Mr. Jang received his undergraduate degree in Economics and Political Science with honors from Columbia University and his M.B.A. from Harvard Business School. |
| **Justin Reyna**, *Managing Director* | Mr. Reyna is a Managing Director of the H.I.G. Advantage Team. He has over 20 years of middle-market private equity experience and has led investments across a wide range of industries including consumer products and services, retail, healthcare, and business services. Prior to joining H.I.G. in 2010, Mr. Reyna was with Fox Paine and Golden Gate Capital. He |

| | began his career as a financial analyst in the investment banking division at Donaldson, Lufkin & Jenrette. Mr. Reyna earned a B.A. degree in economics, cum laude, from Princeton University |
|---|---|
| **Matthew Robinson**, *Managing Director* | Mr. Robinson is a Managing Director of the H.I.G. Advantage Fund Team and has over a decade of investing and consulting experience. He leads all aspects of the investment process. Mr. Robinson has executed private equity investments in a variety of industries, with a focus on business services, industrials, and healthcare. Prior to joining H.I.G. in 2012, Mr. Robinson worked at Goldman Sachs in their Investment Banking Division. He started his career in management and operations consulting. Mr. Robinson earned a B.S. in Mechanical Engineering from Cornell University and his M.B.A. with honors and distinction from Columbia University |
| **Alok Sanghvi**, *Managing Director* | Mr. Sanghvi is a Managing Director of the H.I.G. Advantage Team where he focuses on making investments in the healthcare sector. He has more than 20 years of experience in private equity and M&A. Prior to joining H.I.G., Mr. Sanghvi led corporate development at MultiPlan Inc., a large healthcare company where he was responsible for corporate strategy and M&A activity. Prior to MultiPlan, Mr. Sanghvi spent eight years at Warburg Pincus, where he focused on healthcare investments. He began his career at The Boston Consulting Group. Mr. Sanghvi received his undergraduate degree from Harvard College and his M.B.A. from Harvard Business School. |
| **Rahul Vinnakota**, *Managing Director* | Mr. Vinnakota is a Managing Director of the H.I.G. Advantage Team. Mr. Vinnakota has more than ten years of experience investing in and advising middle-market companies and has executed transactions in several industries, including paper/packaging, general industrials, telecom infrastructure, environmental/oilfield services, and business services. Prior to joining H.I.G. in 2012, Mr. Vinnakota worked in middle private equity with Tailwind Capital and First Atlantic Capital. Mr. Vinnakota began his career in middle-market mergers and acquisitions with J.P. Morgan and Brown Brothers Harriman. Mr. Vinnakota received his undergraduate degree, with honors, from Duke University and his M.B.A. from Harvard Business School. |

*Source: H.I.G Capital Partners*

## Important Information and Disclosures

Information contained in this document may include confidential, trade secret and/or proprietary information of Callan and the client. It is incumbent upon the user to maintain such information in strict confidence. Neither this document nor any specific information contained herein is to be used other than by the intended recipient for its intended purpose.

The content of this document is particular to the client and should not be relied upon by any other individual or entity. There can be no assurance that the performance of any account or investment will be comparable to the performance information presented in this document.

Certain information herein has been compiled by Callan from a variety of sources believed to be reliable but for which Callan has not necessarily verified for accuracy or completeness. Information contained herein may not be current. Callan has no obligation to bring current the information contained herein.

This content of this document may consist of statements of opinion, which are made as of the date they are expressed and are not statements of fact. The opinions expressed herein may change based upon changes in economic, market, financial and political conditions and other factors. Callan has no obligation to bring current the opinions expressed herein.

The statements made herein may include forward-looking statements regarding future results. The forward-looking statements herein: (i) are best estimations consistent with the information available as of the date hereof and (ii) involve known and unknown risks and uncertainties. Actual results may vary, perhaps materially, from the future results projected in this document. Undue reliance should not be placed on forward-looking statements.

Callan disclaims any responsibility for reviewing the risks of individual securities or the compliance/non-compliance of individual security holdings with a client's investment policy guidelines.

This document should not be construed as legal or tax advice on any matter. You should consult with legal and tax advisers before applying any of this information to your particular situation.

Reference to, or inclusion in this document of, any product, service or entity should not necessarily be construed as recommendation, approval, or endorsement or such product, service or entity by Callan.

This document is provided in connection with Callan's consulting services and should not be viewed as an advertisement of Callan, or of the strategies or products discussed or referenced herein.

The issues considered and risks highlighted herein are not comprehensive and other risks may exist that the user of this document may deem material regarding the enclosed information.

Any decision you make on the basis of this document is sole responsibility of the client, as the intended recipient, and it is incumbent upon you to make an independent determination of the suitability and consequences of such a decision.

Callan undertakes no obligation to update the information contained herein except as specifically requested by the client. Past performance is no guarantee of future results.

## Disclosure

The preceding report has been prepared for the exclusive use of the client. Unless otherwise noted, performance returns contained in this report do not reflect the deduction of investment advisory fees. The returns in this report will be reduced by the advisory fees and any other expenses incurred in the management of an investment account. The investment advisory fees applicable to the advisors listed in this report are described in Part II of each advisor's form ADV.

The following graphical and tabular example illustrates the cumulative effect of investment advisory fees on a $100 investment growing at 10% over ten years. Fees are assumed to be paid monthly.

In addition to asset-based investment advisory fees, some strategies may include performance-based fees ("carry") that may further lower the returns realized by investors. These performance-based fees can be substantial, are most prevalent in "Alternative" strategies like hedge funds and many types of private markets, but can occur elsewhere. The effect of performance-based fees are dependent on investment outcomes and are not included in the example below.

**The Cumulative Effect of Advisory Fees**



### Accumulated Dollars at End of Years

|                  | 1     | 2     | 3     | 4     | 5     | 6     | 7     | 8     | 9     | 10    |
|------------------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| No Fee           | 110.0 | 121.0 | 133.1 | 146.4 | 161.1 | 177.2 | 194.9 | 214.4 | 235.8 | 259.4 |
| 25 Basis Points  | 109.7 | 120.4 | 132.1 | 145.0 | 159.1 | 174.5 | 191.5 | 210.1 | 230.6 | 253.0 |
| 50 Basis Points  | 109.5 | 119.8 | 131.1 | 143.5 | 157.1 | 172.0 | 188.2 | 206.0 | 225.5 | 246.8 |
| 100 Basis Points | 108.9 | 118.6 | 129.2 | 140.7 | 153.3 | 166.9 | 181.8 | 198.0 | 215.6 | 234.9 |

10% Annual Return Compounded Monthly, Annual Fees Paid Monthly.

## Disclosure

As indicated below, one or more of the candidates listed in this report may, itself, be a client of Callan as of the date of the most recent quarter end. These clients pay Callan for educational, software, database and/or reporting products and services. Given the complex corporate and organizational ownership structures of investment management firms and/or trust/custody or securities lending firms, the parent and affiliate firm relationships are not listed here.

The client list below may include names of parent companies who allow their affiliates to use some of the services included in their client contract (e.g., educational services including published research and attendance at conferences and workshops). Affiliates will not be listed if they don't separately contract with Callan. Parent company ownership of the firms included in this report and any relationship with Callan can be provided at your request. Because Callan's clients list of investment managers changes periodically, the above information may not reflect recent changes. Clients are welcome to request a complete list of Callan's investment manager clients at any time.

As a matter of policy, Callan follows strict procedures so that investment manager client relationships do not affect the outcome or process by which Callan's searches or evaluations are conducted.

| Firm | Is an Investment Manager Client of Callan* | Is Not an Investment Manager Client of Callan* |
| --- | --- | --- |
| H.I.G. Capital Partners | | X |

*Based upon Callan manager clients as of the most recent quarter-end.



**Biographies**

### *Rahul Vinnakota*

Rahul Vinnakota is a Managing Director on the H.I.G. Advantage team based in New York. He is responsible for all aspects of the investment process, including origination, transaction structuring, financing, and execution of post-closing growth strategies.

Rahul has almost 20 years of experience investing in and advising middle-market companies. Rahul is focused on industrial services, distribution, industrial technology, and light manufacturing sectors.

Prior to joining H.I.G., Rahul worked in middle-market private equity at Tailwind Capital and First Atlantic Capital. Rahul began his career in middle-market mergers and acquisitions with J.P. Morgan and Brown Brothers Harriman.

Rahul received his B.A., with honors, in Economics from Duke University and his M.B.A. from Harvard Business School. He is a member of the Board of Advisors for The Kenan Institute for Ethics at Duke.

### *Dyice Ellis-Beckham*

Dyice Ellis-Beckham serves as a Managing Director of H.I.G.'s Capital Formation Group. Based in New York, Dyice is responsible for capital raising activities in North America across the firm's global real asset (real estate and infrastructure) strategies.

Prior to joining H.I.G., she served as Managing Director for Invesco's institutional sales team, responsible for business development and capital raising for Invesco's alternative strategies. Prior to Invesco, Dyice held similar positions at Satellite Asset Management, Lehman Brothers Asset Management, and Deutsche Asset Management.

Dyice received her B.S.M.S. in marketing from the GMI Engineering & Management Institute (now Kettering University) and an M.B.A. from Harvard Business School, where she was a General Motors Fellow. She currently serves on the board of Louisa Swain Foundation, the National Council of Teacher Retirement Plans, and the National Association of Securities Professionals, which focuses on exposing high school students to Wall Street, providing internship opportunities and assisting with college preparation. Additionally, she is a member of the Women's Steering Committee of the Alternative Investment Forum.

**_Benjamin Charon_**

Ben serves as a Managing Director of H.I.G.'s Capital Formation Group. Based in Stamford, CT, Ben is responsible for capital raising and investor relations activities in North America across the firm's global private equity strategies.

Prior to joining H.I.G., Ben served as a Managing Director of Evercore's private funds group, responsible for executing capital raises and advising the firm's GP clients across the private equity, private credit and infrastructure asset classes. Prior to Evercore, Ben held roles in the fixed income division at UBS and began his career in the investment banking division at Credit Suisse.

Ben graduated magna cum laude from Brandeis University with a B.A. in economics and received his MBA from Georgetown University's McDonough School of Business.