IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00855-SKC-KAS

THE ESTATE OF CARL MARTIN,
BELYNN GUERRERO, individually and as personal representative of Estate of Carl Martin
TERRY MARTIN, individually and as personal representative of Estate of Carl Martin

  Plaintiffs,

v.

GENE CLAPS, Adams County Sherriff, in his official capacity,
ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
WELLPATH, LLC,
H.I.G. CAPITAL, LLC,
JAMIE LALICKER, LPN, in her individual capacity,
SCARLETT MCCURRY, LPN, in her individual capacity,
KARIE MITCHELL, RN, in her individual capacity,
SONYA BARRERA, RN, in her individual capacity,
AMANDA BECKWITH, RN, in her individual capacity,
ANDREA PASILLAS, LPN, in her individual capacity,
MARYANN MARTHA MAGLEY-HERMAN, MHP, in her individual capacity,
JANICE MARSHALL, LPN, in her individual capacity,
SARA POST, LPN, in her individual capacity,
AIMEE OLSON, RN, in her individual capacity,
ASHLEY SNYDER, RN, in her individual capacity,
JESSICA HAAKESON, LPN, in her individual capacity,
CRYSTAL LAW, deputy, in her individual capacity,
KAYLA HAMPEL, deputy, in her individual capacity,
ALAN BARRY, deputy, in his individual capacity,
SCOTT FANSELOW, deputy, in his individual capacity,
ANDREW VASSALLO, deputy, in his individual capacity,
LEE PATTON, deputy, in his individual capacity,
BRANDON SKALAK, deputy, in his individual capacity,
YVON BENOIT, deputy, in her individual capacity,

  Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

  This matter is before the Court on receipt of several Status Reports dated May 7,

2025. [#127], [#128] and [#129]. The parties have notified the Court that the United States Bankruptcy Court for the Southern District of Texas has ordered that the automatic stay as to all non-debtor Defendants (excluding Defendant Wellpath, LLC) shall be lifted on May 8, 2025. Plaintiff requests a Status/Scheduling Conference so that Plaintiffs may continue to prosecute their claims against the remaining non-debtor Defendants. In addition, counsel representing Defendant Wellpath, LLC have filed Motions to Withdraw as Counsel. [#130], [#131], [#132], and [#133]. Accordingly,

IT IS HEREBY **ORDERED** that a status conference is scheduled for **June 5, 2025,** at **1:30 p.m. MT** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

IT IS FURTHER **ORDERED** that the parties shall be prepared to present proposed Scheduling Order deadlines.

Counsel for Wellpath Inc. has requested they be permitted to appear remotely, and the Court agrees this is appropriate under the circumstances. Wellpath, Inc.'s counsel may appear by video teleconference ("VTC") at the Status Conference. The following meeting instructions shall be utilized:

• For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

IT IS FURTHER **ORDERED** that any other counsel requesting to appear remotely shall file an appropriate Motion.

DATED: May 16, 2025

2