IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00855-SKC-KAS

THE ESTATE OF CARL MARTIN,
BELYNN GUERRERO, individually and as personal representative of Estate of Carl Martin
TERRY MARTIN, individually and as personal representative of Estate of Carl Martin

    Plaintiffs,

v.

GENE CLAPS, Adams County Sherriff, in his official capacity,
WELLPATH, LLC,
MATTHEW J. DUNDON, Trustee of Wellpath Holdings, Inc. Liquidating Trust,
H.I.G. CAPITAL, LLC,
JAMIE LALICKER, LPN, in her individual capacity,
SCARLETT MCCURRY, LPN, in her individual capacity,
KARIE MITCHELL, RN, in her individual capacity,
SONYA BARRERA, RN, in her individual capacity,
AMANDA BECKWITH, RN, in her individual capacity,
ANDREA PASILLAS, LPN, in her individual capacity,
MARYANN MARTHA MAGLEY-HERMAN, MHP, in her individual capacity,
JANICE MARSHALL, LPN, in her individual capacity,
SARA POST, LPN, in her individual capacity,
AIMEE OLSON, RN, in her individual capacity,
ASHLEY SNYDER, RN, in her individual capacity,
JESSICA HAAKESON, LPN, in her individual capacity,
CRYSTAL LAW, deputy, in her individual capacity,
KAYLA HAMPEL, deputy, in her individual capacity,
ALAN BARRY, deputy, in his individual capacity,
SCOTT FANSELOW, deputy, in his individual capacity,
ANDREW VASSALLO, deputy, in his individual capacity,
LEE PATTON, deputy, in his individual capacity,
BRANDON SKALAK, deputy, in his individual capacity,
YVON BENOIT, deputy, in her individual capacity,

    Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendant Wellpath, LLC's **Withdrawal of Wellpath, LLC's Partial Motion to Quash October 21, 2025 Subpoena to Produce Documents, Information, or Objects** [#189] (the "Motion"). Defendant Wellpath, LLC asks the Court to withdraw its Partial Motion to Quash [#186] while the parties await the Bankruptcy Court's rulings that are expected to clarify Wellpath's discovery participation obligations in pending civil litigation, including this one. *See Motion* [#189] at 3. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#189] is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendant Wellpath, LLC's Partial Motion to Quash [#186] is deemed **WITHDRAWN**.

Dated: November 29, 2025