**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00855-SKC-KAS

ESTATE OF CARL MARTIN, by and through its personal representatives Belynn Guerrero and
Terry Martin;
BELYNN GUERRERO, individually; and
TERRY MARTIN, individually,

       Plaintiffs,

v.

ADAMS COUNTY, COLORADO;
ADAMS COUNTY SHERIFF GENE CLAPS, in his official capacity;
ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS;
WELLPATH, LLC, as a nominal defendant;
MATTHEW J. DUNDON, TRUSTEE OF WELLPATH HOLDINGS, INC.
LIQUIDATING TRUST, as a nominal defendant;
H.I.G. CAPITAL, LLC;
LPN JAMIE LALICKER, in her individual capacity;
LPN SCARLETT MCCURRY, in her individual capacity;
RN KARIE MITCHELL, in her individual capacity;
RN SONYA BARRERA, in her individual capacity
RN AMANDA BECKWITH, in her individual capacity;
LPN ANDREA PASILLAS, in her individual capacity;
MHP MARYANN MARTHA MAGLEY-HERMAN, in her individual capacity;
LPN JANICE MARSHALL, in her individual capacity;
LPN SARA POST, in her individual capacity;
RN AIMEE OLSON, in her individual capacity;
RN ASHLEY SNYDER, in her individual capacity;
LPN JESSICA HAAKESON, in her individual capacity;
DEPUTY CRYSTAL LAW, in her individual capacity;
DEPUTY KAYLA HAMPEL, in her individual capacity;
DEPUTY ALAN BARRY, in his individual capacity;
DEPUTY SCOTT FANSELOW, in his individual capacity;
DEPUTY ANDREW VASSALLO, in his individual capacity; DEPUTY LEE PATTON, in his
individual capacity;
DEPUTY BRANDON SKALAK, in his individual capacity; and DEPUTY YVON BENOIT, in
her individual capacity;

       Defendants.

1

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

NOW COMES Christopher Jones, Allison Becker, and Elizabeth McGowan of the law firm Gordon Rees Scully Mansukhani LLP ("Moving Counsel"), who hereby move before this Court for an Order withdrawing them as counsel for Defendants Jamie Lalicker, Andrea Pasillas, Sara Post, Scarlett McCurry, Sonya Barrera, Maryann Martha Magley-Herman, Janice Marshall, Ashley Snyder and Aimee Olson ("Nursing Defendants") in this matter. In support of this motion, the undersigned states as follows:

1.      Defendant Wellpath, LLC, retained Gordon Rees Scully Mansukhani to represent the Nursing Defendants in this action.

2.      Good cause exists for withdrawal. Wellpath, LLC, pursuant to it employee agreement with Nursing Defendants, is responsible for attorneys' fees and costs for Moving Counsels' services rendered in defending the Nursing Defendants. As a result of the bankruptcy, Wellpath is no longer required to honor its agreement to provide a defense for the Nursing Defendants.[1] On December 5, 2025, Wellpath notified the Nursing Defendants that it was withdrawing its defense of them as they no longer work for Wellpath, LLC and given the discharge of Wellpath's duty to defend and indemnify them as a result of its bankruptcy discharge. Therefore, Wellpath will no longer pay attorneys' fees and costs with respect to defense of the Nursing Defendants.

---

[1] See Bankruptcy Court Dkt. No. 9207 at Paragraph 5 ("Such holders of Claims and Interests remain enjoined from enforcing recovery from the Debtors, the Debtors' estates, or the Post-Restructuring Debtors with respect to any indemnification obligations for such employees; provided, that nothing shall prevent the Post-Restructuring Debtors from electing to honor such indemnification rights pursuant to the provisions of the Plan").

2

3.      On December 8, 2025, undersigned counsel notified via letter[2] Sara Post, Jamie Lalicker, Andrea Pasillas, and Aimee Olson that Wellpath had withdrawn its defense of them. Additionally, Wellpath requested that if any of the Nursing Defendants wanted GRSM to remain as counsel to inform them of the same. As of the date of this motion, Moving Counsel has not been retained as counsel by the Nursing Defendants. Therefore, good cause exists for withdrawal.

4.      Additionally, on January 8, 2026, undersigned counsel became aware that Wellpath, LLC had also withdrawn its defense of Scarlett McCurry, Sonya Barrera, Amanda Beckwith, Maryann Magley-Herman, Janice Marshall, and Ashley Snyder. Therefore, on January 13, 2026, undersigned counsel notified them of the same.

5.      On January 13, 2026, undersigned counsel sent the Nursing Defendants a draft of this Motion. Additionally, undersigned counsel informed the Nursing Defendants that they were responsible for complying with all court orders and time limitations established by applicable statutes and rules pursuant to D.C.COLO.LAttyR 5(b).

6.      In preparation to file this Motion, undersigned counsel notified all Nursing Defendants via email that this Motion was being filed and each Nursing Defendant would be responsible for abiding by Court orders.

7.      Conferral is not required as this motion is brought pursuant to D.C.COLO.L.AttyR 5(b). *See* D.C.COLO.LCivR.7(b)(4).

8.      Defendants' last known contact information is as follows:

> Aimee Olson
> 557 North 45th Avenue
> Brighton, CO 80601
> Aimee.olson@gmail.com

---

[2] The contents of the letter are protected by attorney-client privilege.

Andrea Pasillas
7010 Garden Court
Commerce City, CO 80022
Pasillas.andrea@outlook.com

Jamie Lalicker
515 E 88th Ave, #327
Thornton, CO 80229
Jdlalicker@gmail.com

Sara Post
1575 Barres Street
Strasburg, CO 80136
Spost128@gmail.com

MaryAnn Martha Magley-Herman
129 Clarkson Circle
Thorton, CO 80241
Herman5188@comcast.net

Ashley Snyder Nekvasil
3143 Ballentine Boulevard
Johnston, CO 80535
Anurseloves67@gmail.com

Janice Marshall
10719 Albion Street
Thorton, CO 80233
303-828-6259

Jessica Haakenson
1350 Speer Boulevard, #464
Denver, CO 80204
jesshaakenson@icloud.com

Sonya Barrera
4324 Prairie Drive
Brighton, CO 80601
Sonya.barrera@outlook.com

WHEREFORE, the undersigned respectfully requests that this Court enter an Order

allowing Christopher Jones, Allison Becker, and Elizabeth McGowan of Gordon Rees Scully

Mansukhani to withdraw as attorneys of record for Defendants Aimee Olson, Andrea Pasillas,

Jamie Lalicker, MaryAnn Martha Magley-Herman, Ashley Snyder Nekvasil, Janice Marshall, and

Sara Post.

Respectfully submitted this 16th day of January 2026.

**GORDON REES SCULLY
MANSUKHANI, LLP**


 /s/  Christopher R. Jones
Christopher R. Jones, #41488
Elizabeth B. McGowan, *Pro Hac Vice*
Allison J. Becker, *Pro Hac Vice*
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
crjones@grsm.com
emcgowan@grsm.com
abecker@grsm.com
Attorneys for Nursing Defendants

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2026, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, a file stamped copy of this motion was sent to each of the Nursing Defendants using the contact information contained in the body of the motion.

*/s/ Christopher R. Jones*