**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00855-SKC-KAS

ESTATE OF CARL MARTIN, *et al.*,

      Plaintiffs,

v.

ADAMS COUNTY SHERIFF GENE CLAPS, *et al.*,

      Defendants.

---

**RESPONSE TO DKT. 199**

---

Pursuant to Dkt. 199, undersigned counsel provides the Court with the following information:

1.      The last known contact information for Scarlett McCurry is:

      Scarlett Marie Davis (McCurry)
      292 Smith Circle
      Erie, CO 80516
      Phone: 720-345-3182
      Email: scarlettmdavis24@gmail.com

2.      The last known contact information for Amanda Beckwith is:

      12322 Colorado Boulevard, #30
      Thornton, CO 80241
      Phone: 720-466-9805
      Email: abeckwith2486@yahoo.com

1

2

Respectfully submitted this 23rd day of January 2026.

**GORDON REES SCULLY
MANSUKHANI, LLP**

 /s/  Christopher R. Jones
Christopher R. Jones, #41488
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
crjones@grsm.com
Attorney for Wellpath LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of January 2026, I filed the foregoing **RESPONSE TO DKT. 199** electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christopher R. Jones*