**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00855-SKC-KAS

ESTATE OF CARL MARTIN, by and through its personal representatives Belynn Guerrero and Terry Martin;
BELYNN GUERRERO, individually; and
TERRY MARTIN, individually,

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO;
ADAMS COUNTY SHERIFF GENE CLAPS, in his official capacity;
ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS;
WELLPATH, LLC;
H.I.G. CAPITAL, LLC;
LPN JAMIE LALICKER, in her individual capacity;
LPN SCARLETT MCCURRY, in her individual capacity;
RN KARIE MITCHELL, in her individual capacity;
RN SONYA BARRERA, in her individual capacity
RN AMANDA BECKWITH, in her individual capacity;
LPN ANDREA PASILLAS, in her individual capacity;
MHP MARYANN MARTHA MAGLEY-HERMAN, in her individual capacity;
LPN JANICE MARSHALL, in her individual capacity;
LPN SARA POST, in her individual capacity;
RN AIMEE OLSON, in her individual capacity;
RN ASHLEY SNYDER, in her individual capacity;
LPN JESSICA HAAKESON, in her individual capacity;
DEPUTY CRYSTAL LAW, in her individual capacity;
DEPUTY KAYLA HAMPEL, in her individual capacity;
DEPUTY ALAN BARRY, in his individual capacity;
DEPUTY SCOTT FANSELOW, in his individual capacity;
DEPUTY ANDREW VASSALLO, in his individual capacity; DEPUTY LEE PATTON, in his individual capacity;
DEPUTY BRANDON SKALAK, in his individual capacity; and DEPUTY YVON BENOIT, in her individual capacity;

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE OF CHRISTOPHER R. JONES**

1

Christopher R. Jones, of Gordon Rees Scully Mansukhani, LLP, hereby enters his appearance on behalf of Defendant Amanda Beckwith and further certifies that he is a member in good standing with the bar of this Court.

Respectfully submitted this 30th day of January 2026.

**GORDON REES SCULLY
MANSUKHANI, LLP**

 /s/  Christopher R. Jones
Christopher R. Jones, #41488
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
crjones@grsm.com
*Attorney for Defendant Amanda Beckwith*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of January 2026, I filed the foregoing **Entry of Appearance of Christopher R. Jones** electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    */s/ Christopher R. Jones*